UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL VALDES,

               Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2023

1:23-cv-2539 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties are HEREBY ORDERED to file a Joint Status Letter on or before April 7, 2023 regarding the status and procedural history of this case.

**SO ORDERED.**

Date:  March 31, 2023
        New York, NY

**MARY KAY VYSKOCIL**
United States District Judge